# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3235

_____

United States of America,

        Appellee,

v.

William Jonathan Brown,

        Appellant.

\* Appeal from the United States
\* District Court for the Western
\* District of Arkansas.
\* [UNPUBLISHED]

_____

Submitted:  February 7, 2002
Filed:  February 11, 2002

_____

Before HANSEN, Chief Judge, FAGG and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

William Jonathan Brown appeals the sentence imposed by the district court[1] after a jury convicted him of armed bank robbery and aiding and abetting, in violation of 18 U.S.C. §§ 2 and 2113(a), (d).  He argues the court wrongly assessed a 2-level enhancement for being an organizer or a leader of a criminal activity.  See U.S.S.G. § 3B1.1(c).  We affirm.

_____

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

The district court did not commit clear error, given the trial testimony of Brown's accomplice that Brown came up with the idea to rob a bank, selected the bank, recruited his codefendant to participate, instructed the codefendant what to do during the robbery, and devised alibis. <u>See</u> U.S.S.G. § 3B1.1, comment. (n.4) (listing factors court should consider); <u>United States v. Peters</u>, 59 F.3d 732, 735 (8th Cir. 1995) (district court did not commit clear error in applying § 3B1.1 enhancement, as coconspirators testified defendant came up with plan, recruited them to participate, and continued to provide substantial direction during life of plan).

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.